

## U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 18, 2007



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/25/07

**BY FAX**
Honorable Barbara S. Jones
United States District Judge
United States Courthouse
500 Pearl Street
New York, N.Y. 10007

    Re: <u>United States v. Bobby Saunders, et al.</u>
        S3 07 Cr. 3 (BSJ)

Dear Judge Jones:

    The Government respectfully submits this letter to request an adjournment of the pre-trial conference currently scheduled for October 26, 2007, at 2:00 p.m. in the above-captioned case. As Your Honor is aware, this case involves numerous defendants. The Government is continuing actively to investigate the case and is in the process of seeking approval for additional charges, including racketeering charges. As soon as we receive that approval, we fully expect that there will be another superseding indictment in this case. Additionally, the Government is also engaged in plea negotiations with several of the defendants at this time. Accordingly, the Government has spoken with Your Honor's courtroom deputy and she has suggested a new date of December 18, 2007, at 2:30 p.m.

    The Government also respectfully requests that the Court exclude time from October 26th until the date of the next pre-trial conference to allow this case to progress and to enable plea discussions to continue. Either AUSA Michael English or I have spoken with counsel for all defendants. All have consented to this request for the exclusion of time except for Annemarie Hassett, Esq., counsel for Tyrone Moore, Glenn Garber, Esq.,

Honorable Barbara S. Jones
October 18, 2007
Page 2

counsel for Hibah Lee, and Toni Messina, Esq., counsel for Andre Davidson. Thank you for your consideration of this matter.

                Respectfully submitted,

                MICHAEL J. GARCIA
                United States Attorney

By: *[signature]*
    Elizabeth F. Maringer
    Michael Q. English
    Assistant United States Attorneys
    (212) 637-2402/2594

cc: All counsel (by fax)

*Handwritten order:* Applications granted. The pretrial conference is adjourned to December 18, 2007 at 2:30PM. In the interest of Justice for the reasons stated above, Speedy trial time is excluded from October 26, 2007 to December 18, 2007 pursuant to 18 U.S.C. § 3161(h)(8)(A).

SO ORDERED *[signature]* for BARBARA S. JONES, U.S.D.J.
Dated: 10/25/07