UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA

    -against-                                                     (S4)07 Cr. 03(BSJ)

CHRISTOPHER DIAZ,                               ORDER
               Defendant.
-----------------------------------------------------------X

BARBARA S. JONES, U.S.D.J.:

    Attorney Erika McDaniel Edwards is hereby relieved as counsel and CJA Attorney Anthony Ricco on duty today is substituted as counsel for the defendant.

    SO ORDERED.

                                              _____
                                              BARBARA S. JONES,
                                              UNITED STATES DISTRICT JUDGE

DATED: New York, New York
           July 23, 2008

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/25/08
```