UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA

      -against-                                        (S4)07 Cr. 03(BSJ)

CHRISTOPHER DIAZ,                                  ORDER
            Defendant.
-----------------------------------------------------------X

BARBARA S. JONES, U.S.D.J.:

      Attorney Anthony Ricco is hereby relieved as counsel and CJA Attorney David Meister on duty today is substituted as counsel for the defendant.

      SO ORDERED.

Dated: New York, New York
          August 11, 2008
                                    BARBARA S. JONES, U.S. DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/11/08