# CLIFFORD
# CHANCE

CLIFFORD CHANCE US LLP

31 WEST 52ND STREET
NEW YORK NY 10019 613

TEL +1 212 878 8000
FAX +1 212 878 8375
www.cliffordchance.com

**DAVID MEISTER**

DIRECT TEL +1 212 878 8537
DIRECT FAX +1 212 878 8375

August 20, 2008

BY FACSIMILE

Hon. Barbara S. Jones
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/26/08
```

Re:   United States v. Christopher Diaz
      S4 07 Cr. 03 (BSJ)

Dear Judge Jones:

I am writing to respectfully request an adjournment of the status conference in this matter, currently scheduled for August 27, 2008, for the purpose of allowing the parties additional time to determine whether the charge against Mr. Diaz can be resolved by guilty plea. If convenient for the Court, counsel are available on the mornings of September 4 or 8 for a status conference.

AUSA Michael English has informed me that the Government consents to this request. The parties also consent to an exclusion of time from the Speedy Trial computation until the date of the next conference with the Court.

Respectfully submitted,

David Meister

cc:   Michael English, AUSA (by e-mail)

---

*Handwritten order:*

Application Granted. The status conference is adjourned to September 4th at 10 a.m. The Court finds that an adjournment to make this determination serves ends of justice that outweigh the defendant's and public's interest in a speedy trial, and thus excludes the period from 8/27 to 9/4 from the Speedy Trial computation.

SO ORDERED
Dated: 8/25/08
BARBARA S. JONES
U.S.D.J.

NY 902022.1